STATE OF NEW JERSEY v. RICKY ZUBER.

July 8, 1988.

Petition for certification granted and the matter is summarily remanded to the trial court for reconsideration of defendant's sentence; in the exercise of his discretion, the sentencing judge may consider and apply the standards articulated in *State v. Yarbough,* 100 *N.J.* 627 (1985).

STATE OF NEW JERSEY v. MARTIN BUCZEK.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE HAMBLETON.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL JONES.

July 8, 1988.

Petition for certification denied.